## Hillman's, Appellee, v. Israel Lazovsky, Appellant.

## Gen. No. 23,201.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HOWARD HAYES, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 31, 1918.

### Statement of the Case.

Action by Hillman's, a corporation, plaintiff, against Israel Lazovsky, defendant, to recover for goods sold and delivered. From a judgment for plaintiff for $77.75, defendant appeals.

HARRY G. WEXLER, for appellant.

JOHNSON, PALTZER & O'DONNELL, for appellee; PAUL O'DONNELL, of counsel.

MR. JUSTICE MATCHETT delivered the opinion of the court.

### Abstract of the Decision.

CONTRACTS, § 203*—*what constitutes severable contract.* Where a carpet is ordered at a certain price per yard and a certain price per yard for laying it, the agreement of purchase and that for laying the carpet are severable, and where delivery is made at the purchaser's building with his knowledge, the title to the carpet passes to him and he becomes liable for the purchase price even though the carpet is stolen before it is laid.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.